UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80572-CIV-ZLOCH

TISHMAN & TISHMAN, P.A.,

      Plaintiff,  **FINAL ORDER OF DISMISSAL**

vs.

H CARE JOBS, INC., and ALAN SAVITCH,

      Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff's Unopposed Motion For Voluntary Dismissal (DE 35). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's Unopposed Motion For Voluntary Dismissal (DE 35) be and the same is hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    24th    day of January, 2017.

                                                  WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

See attached mailing list

<u>TISHMAN & TISHMAN, P.A. v. H CARE JOBS, INC., and ALAN SAVITCH, No. 16-80572-CIV-ZLOCH</u>

All Counsel of Record

Alan Savitch, <u>PRO</u> <u>SE</u>
7630 W. Upper Ridge Road
Parkland, FL 33067